**No. 10-9295. Edward Munoz, Petitioner v. United States.**

563 U.S. 926, 131 S. Ct. 1834, 179 L. Ed. 2d 789, 2011 U.S. LEXIS 2806.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 409 Fed. Appx. 117.

**No. 10-9296. Richard Ortiz, Petitioner v. United States.**

563 U.S. 926, 131 S. Ct. 1834, 179 L. Ed. 2d 789, 2011 U.S. LEXIS 2798.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 402 Fed. Appx. 613.

**No. 10-9300. Randy Deonarinesingh, Petitioner v. United States.**

563 U.S. 926, 131 S. Ct. 1834, 179 L. Ed. 2d 789, 2011 U.S. LEXIS 2761,

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 411 Fed. Appx. 245.

**No. 10-9302. Jose Zavala, Petitioner v. United States.**

563 U.S. 926, 131 S. Ct. 1835, 179 L. Ed. 2d 789, 2011 U.S. LEXIS 2721.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9304. Daniel Yummi, Petitioner v. United States.**

563 U.S. 927, 131 S. Ct. 1835, 179 L. Ed. 2d 789, 2011 U.S. LEXIS 2673.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 408 Fed. Appx. 537.

**No. 10-9309. Bobby Michael Gilyard, Petitioner v. United States.**

563 U.S. 927, 131 S. Ct. 1835, 179 L. Ed. 2d 789, 2011 U.S. LEXIS 2666.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 392 Fed. Appx. 235.

**No. 10-9310. John Iodice, Petitioner v. United States.**

563 U.S. 927, 131 S. Ct. 1835, 179 L. Ed. 2d 789, 2011 U.S. LEXIS 2756.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9311. Terrance Everett Fuller, Petitioner v. United States.**

563 U.S. 927, 131 S. Ct. 1835, 179 L. Ed. 2d 789, 2011 U.S. LEXIS 2643.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9316. Marcellas Hoffman, Petitioner v. United States.**

563 U.S. 927, 131 S. Ct. 1835, 179 L. Ed. 2d 789, 2011 U.S. LEXIS 2658.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.